# CERTIFIED COPY OF RESOLUTION
# OF THE CEO OF THE EAST INSTITUTE INC.

This is to certify that at a meeting of the CEO of The EAST Institute Inc., a Colorado corporation with its principal address in Georgia (the "**Company**"), held on the 4th day of December, 2024, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes the CEO of the Company to prepare, file and execute the Petition for Relief provided for in Title 11, United States Code, Chapter 7 for The EAST Institute Inc., and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief.

**RESOLVED FURTHER**, that the CEO of the Company be, and he hereby is authorized to retain Rountree Leitman Klein & Geer, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated, this 4th day of December, 2024.

                                                The EAST Institute Inc.

                                                By:  /s/ Jeff Glattstein
                                                      Jeff Glattstein
                                                      CEO